IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**PRISM MARKETING COMPANY, INC.**                                           **PLAINTIFF**

**V.**            **CAUSE NO.: 2:08CV163-SA-SAA**

**CASINO FACTORY SHOPPES, LLC, ET AL.**                        **DEFENDANTS**

**ORDER ON MOTIONS**

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1) Defendant, Casino Factory Shoppes' Second Motion for Summary Judgment [56] is GRANTED IN PART and DENIED IN PART;

(2) Stoltz Management Company's Motion for Summary Judgment [58] is GRANTED IN PART and DENIED IN PART;

(3) Casino Factory Shoppes' Third Motion for Summary Judgment [102] is GRANTED IN PART and DENIED IN PART; and

(4) Plaintiff's Motion to Amend/Correct [123] is GRANTED, but not to the extent requested.

All memoranda, depositions, declarations and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  30th  day of November, 2009.

                                                                             /s/ Sharion Aycock
                                                                             **U.S. DISTRICT JUDGE**